UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID AMBRIZ CRUZ, JR., <br><br> Defendant. | NO. CR13-5457BHS <br><br> ORDER SEALING DEFENSE MOTION FOR COMPETENCY EXAMINATION AND AFFIDAVIT OF COUNSEL IN SUPPORT THEREOF |

The Court having considered the Motion for Order Sealing Defense Motion for Competency Examination and attachments thereto, and the Affidavit of Counsel in support of the motion,

NOW THEREFORE IT IS HEREBY ORDERED that the Defense Motion for Competency Examination and any attachments thereto, and the Affidavit of Counsel in Support of the motion, are to be sealed.

DONE this 8th day of April, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Colin Fieman*
COLIN FIEMAN
Attorney for Defendant

ORDER SEALING MOTION FOR COMPETENCY EXAMINATION
AND AFFIDAVIT OF COUNSEL IN SUPPORT THEREOF   – page 1
*United States v. David Cruz, Jr.* ; CR13-5457BHS

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**