UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,   )<br>    )<br>Plaintiff,   )<br>    )<br>vs.   )<br>    )<br>DAVID AMBRIZ CRUZ, JR.,   )<br>    )<br>Defendant.   )<br>_____ ) | NO.  CR13-5457BHS<br><br>ORDER GRANTING UNOPPOSED<br>MOTION TO CONTINUE TRIAL<br>DATE AND PRETRIAL MOTIONS<br>DUE DATE | |

Based on the unopposed motion of defense to continue the trial date, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense, and to conduct a competency hearing on July 10, 2014. 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE
*United States v. David Cruz, Jr.*; CR13-5457BHS

1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued to July 22, 2014. The period of delay from the date of this order up to and including July 22, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due by June 24, 2014; Pretrial Conference is set for July 14, 2014 at 1:30 p.m.

DONE this 10th day of June, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented By:

*/s Colin Fieman*
Colin Fieman
Attorney for Defendant

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE               2
*United States v. David Cruz, Jr.*; CR13-5457BHS

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710