UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID AMBRIZ CRUZ,<br><br>Defendant. | CASE NO.   CR13-05457BHS<br><br>ORDER TO SEAL<br>EXHIBIT A TO UNITED STATES'<br>SENTENCING MEMORANDUM |

Based on the Government's Motion to Seal Exhibit A to the United States' Sentencing Memorandum in the above-captioned case and the reasons set forth therein,

It is hereby ORDERED that Exhibit A to the Sentencing Memorandum shall be sealed and remain sealed until further order of the court.

DATED this 8th day of December, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ J. Tate London*
J. TATE LONDON
Assistant United States Attorney

ORDER TO SEAL EXHIBIT A
TO UNITED STATES' SENTENCING MEMORANDUM - 1
U.S. v. DAVID AMBRIZ CRUZ / CR13-05457BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970