UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID AMBRIZ CRUZ,<br><br>Defendant. | CASE NO.   CR13-05457BHS<br><br>ORDER TO SEAL<br>EXHIBIT B TO UNITED STATES'<br>SENTENCING MEMORANDUM |

Based on the Government's Motion to Seal Exhibit B to the United States' Sentencing Memorandum in the above-captioned case and the reasons set forth therein,

It is hereby ORDERED that Exhibit B to the Sentencing Memorandum shall be sealed and remain sealed until further order of the court.

DATED this 8th day of December, 2014.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ J. Tate London*
J. TATE LONDON
Assistant United States Attorney

ORDER TO SEAL EXHIBIT B
TO UNITED STATES' SENTENCING MEMORANDUM - 1
U.S. v. DAVID AMBRIZ CRUZ / CR13-05457BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970