UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR13-5457 BHS |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| DAVID A. CRUZ, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of the defendant, David A. Cruz, through his attorney, Assistant Federal Public Defender Colin Fieman, to file the Defendant's Sentencing Memorandum and corresponding Exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and corresponding Exhibits be filed under seal.

DATED this 8th day of December, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Colin Fieman*
Federal Public Defender
Attorney for David Cruz

ORDER TO SEAL DOCUMENT
(*United States v. Cruz*; CR13-5457 BHS.) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710